UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | ED CV 26-512-MWC(E) | Date | June 4, 2026 |
|---|---|---|---|

| Title | LUIS TOMAS VALENCIA GOMEZ v. MARK BOWEN, ETC., ET AL. |
|---|---|

Present: The Honorable   Charles F. Eick, United States Magistrate Judge

| Bea Martinez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**
None

**Attorneys Present for Defendants:**
None

**Proceedings:**        **(IN CHAMBERS)**

On February 4, 2026, Petitioner, then a detainee of Immigration and Customs Enforcement, filed a "Petition for Writ of Habeas Corpus, etc." ("the Petition").  By Orders filed February 20, 2026 and March 16, 2026, the District Judge granted Petitioner on an interim basis some of the relief sought in the Petition, including release from detention.  On June 3, 2026, the case was reassigned from Magistrate Judge Audero to Magistrate Judge Eick.

It is ordered that, on or before June 11, 2026, the parties shall show good cause, if there be any, why the Court should not enter a final judgment granting the relief the District Judge granted to Petitioner on an interim basis in the Orders filed February 20, 2026 and March 16, 2026, and otherwise dismissing the Petition without prejudice.  Failure timely to respond to this Order may be deemed consent to the entry of such a final judgment.

cc:    Judge Court
       Petitioner
       All Counsel of Record

Initials of Deputy Clerk  bm