JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS TOMAS VALENCIA GOMEZ, | No. ED CV 26-512-MWC(E) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MARK BOWEN, ETC., ET AL., | |
| Respondents. | |

Pursuant to the "Order for Entry of Judgment," the Court **ORDERS** as follows: (1) Respondents are required to apply to Petitioner the same conditions of release that applied during Petitioner's previous release; (2) Respondents are prohibited from subjecting Petitioner to any electronic monitoring that was not a condition of Petitioner's previous conditions of supervision; (3) Respondents are enjoined from re-detaining Petitioner absent compliance with 8 U.S.C. § 241.4(l)(1), 8 C.F.R. § 241.13(i), and all other governing law; (4) Respondents are enjoined from removing Petitioner to a third country without notice and an opportunity to be heard on any fear of persecution or torture he has in that third country; (5) to the extent Respondents have not returned to Petitioner all property confiscated from him during his arrest and processing into detention, Respondents must do so immediately; and (6) the Petition is otherwise **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

DATED:  June 15, 2026

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE